IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:14-cv-00104-F

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of CAPRI INDUSTRIES, INC.,<br><br>Plaintiffs<br><br>v.<br><br>THE WHITING-TURNER CONTRACTING COMPANY; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>Defendants. | **ORDER** |

Upon the Motion of the Defendants, The Whiting Turner Contracting Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company and Travelers Casualty and Surety Company of America, with consent of Capri Industries, Inc. and pursuant to the Subcontract between The Whiting-Turner Contracting Company and Capri Industries, Inc., it is hereby ORDERED that The Whiting-Turner Contracting Company and Capri Industries, Inc. mediate and arbitrate the claims or disputes among them included in the Complaint in this action and that this action is stayed pending a final arbitration award or other resolution of those claims.

This the 6th day of August, 2014.

James C. Fox
Senior United States District Court Judge