IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:14-cv-00104-F

| | |
|---|---|
| UNITED STATES, for the use and benefit of ) | |
| CAPRI INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| THE WHITING-TURNER ) | |
| CONTRACTING COMPANY; et al., ) | |
| Defendants. | |

The court has been informed that the parties to this action have reached a settlement [DE-20]. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before **September 8, 2015**. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date.

SO ORDERED. This the 20 day of July, 2015.

_James C. Fox_
James C. Fox
Senior United States District Judge